AO 106 (Rev. 04/10)  Application for a Search Warrant

JG
5.19.2020

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of

2013 KIA SOUL, CREAM IN COLOR, VIN:
KNDJT2A52D7580849,
OHIO LICENSE PLATE HWV5142

Case No.  2:20-mj-346

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property
2013 KIA SOUL, CREAM IN COLOR, VIN: KNDJT2A52D7580849,
OHIO LICENSE PLATE HWV5142

located in the _____ Southern _____ District of _____ Ohio, Eastern Division _____ , there is now concealed *(identify the person or describe the property to be seized)*:
Currency, bank receipts, negotiable instruments, and other evidenciary items oulined in attachment B of the attached affidavit, in violation of Title 18, United States Code, Sections 1344(2), 1349, and 1708.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 1344(2) | Bank Fraud |
| Title 18 USC 1349 | Conspiracy to Commit Bank Fraud |
| Title 18 USC 1708 | Theft or Receipt of Stolen Mail Matter Generally |

The application is based on these facts:

As set forth in the attached Affidavit of Postal Inspector TIMOTHY D. MCCALL

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TIMOTHY D. MCCALL, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5-19-20

*Judge's signature*

City and state:  COLUMBUS, OHIO

CHELSEY VASCURA, U.S. MAGISTRATE JUDGE
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE SEARCH OF:<br><br>2013 KIA SOUL, CREAM IN<br>COLOR, VIN: KNDJT2A52D7580849,<br>OHIO LICENSE PLATE HWV5142 | MISC NO. |

## Affidavit in Support of Application for Search Warrant

I, Timothy D. McCall, being duly sworn, depose and state as follows:

1.      I am a U.S. Postal Inspector with the U.S. Postal Inspection Service in Columbus, Ohio and have been so employed since August 2015. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service (USPS) and/or U.S. Mail. The crimes investigated include those such as theft, burglary, counterfeiting, robbery, assault, homicide, dangerous mailings, narcotics, identity theft, and fraud. I received initial training for these types of investigations through the U. S. Postal Inspection Service, Basic Inspector Training (BIT). I have received additional on the job training for each of those areas. I am familiar with the processes and mechanisms utilized to alter, forge, and make counterfeit currency and negotiable instruments. I was previously a Federal Agent with the U.S. Department of Energy/National Nuclear Security Administration for 10 years, sworn to enforce federal laws. I also served as a local police officer for five years, enforcing state laws, local ordinances, and conducting preliminary investigations, including fraud investigations. I received further experience through a Bachelor of Interdisciplinary studies with a Cognate in Criminal Justice and Minor in Strategic Intelligence.

## Introduction

2.      This affidavit is made in support of an Application for a Search Warrant.  The U.S. Postal Inspection Service seeks authority to search the 2013 Kia Soul with VIN: KNDJT2A52D7580849

and Ohio license plate HWV5142, as more particularly described in Attachment A hereto, and for authority to seize evidence, fruits, and instrumentalities of crimes against the United States, including violations of Title 18, United States Code, Sections 1344(2), 1349, and 1708, as more particularly described in Attachment B hereto. Because of the sensitive nature of the investigation, an Order is sought sealing the Application, Affidavit, and Search Warrant.

3.　　This affidavit is based upon my personal knowledge, experience and training, and other information developed during the course of this investigation. This affidavit is also based upon information that I have learned from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause to obtain a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of Title 18, United States Code, Sections 1344(2), 1349, and 1708 have been committed and that the 2013 Kia Soul with VIN: KNDJT2A52D7580849 and Ohio license plate HWV5142 contains evidence of these violations and related contraband.

### Background

4.　　The U.S. Postal Inspection Service is conducting an investigation involving the break-in of U.S. Postal Service collection boxes, to include unauthorized possession and use of U.S. Postal Service keys. The investigation revolves around financial instruments such as business checks, personal checks, and money orders being stolen from the collection boxes. The financial instruments are then deposited into personal bank accounts via ATM, in person, or mobile deposit, or cashed at check cashing facilities and financial institutions throughout Ohio, as well as other states. On some occasions, counterfeit checks, money orders, and currency are also created to further the scheme. Total loss thus far exceeds $250,000. Based on my training and experience, I know often the stolen financial instruments are not initially negotiated and are often secreted in locations such as residences, vehicles, and storage facilities for later use. Also, the suspects have often used aliases and multiple cellular telephones, called burner phones, to communicate with co-conspirators and hide their identity. In my training and experience, individuals engaged in bank fraud conspiracy who negotiate checks stolen from the postal service commonly retain envelopes and other evidence of mailing in their vehicles.

### Facts Establishing Probable Cause

5.　　Co-conspirators currently under investigation include **Jordan LeVert McCorvey** (hereinafter **McCorvey**), who has been identified as a main participant in this bank fraud conspiracy and theft of mail investigation.

2

6.      On or about October 1, 2019, Columbus Division of Police officers were called to the Alvis House for a report of items found in **McCorvey's** room. The Alvis House is a halfway house in Columbus, OH where McCorvey resided as part of a federal sentence from federal convictions, including bank fraud conspiracy and bank fraud and a scheme to steal checks from the U.S. Postal Service. *United States v. Brooks, et al.*, 2:17-cr-54 (S.D. Ohio) (a ten defendant conspiracy case).

7.      On or about October 1, 2019, when officers arrived, **McCorvey** was in possession of approximately 75 negotiable instruments (checks and money orders) made payable to various individuals, not including himself. Some of the checks discovered had the payee and amounts altered, as well as being endorsed for deposit. Other items found were debit cards in other names, a social security card and health insurance card not belonging to **McCorvey**, multiple photocopies of driver's licenses and social security cards belonging to others, photocopies of W2 statements, and multiple credit report dispute letters for different individuals. Many of the credit report dispute letters were sealed in envelopes and addressed to Transunion and Experian. The items were seized and many of the checks were subsequently determined to have been stolen from U.S. Postal Service mailboxes.

8.      On or about January 22, 2020, **McCorvey** is seen on ATM surveillance video along with an unidentified male signing and depositing a check into the First Merchants Bank account of Danielle Sims. The check was in the amount of $6,201.21 and the payee had been altered to "Danielle M. Sims." The check was reported stolen from the U.S. Mail on or about January 7, 2020. The video also shows **McCorvey** driving to the location in a cream colored Kia Soul (hereinafter **Kia**).

9.      On or about January 23, 2020, **McCorvey** and the previously mentioned unidentified male are seen on ATM surveillance video withdrawing $500 cash from Danielle Sims bank account and splitting the money. Later that evening, **McCorvey** and the same unidentified male are seen on ATM surveillance video depositing a second check into the First Merchants Bank account of Danielle Sims. **McCorvey** appears to be "whiting out" the check before depositing. The check was in the amount of $8,243.84 and the payee had been altered to "Danielle M Sims." The check was reported stolen from the U.S. Mail. The ATM surveillance video also shows **McCorvey** driving to the location in the **Kia.**

10.     On or about January 23, 2020, Sims withdrew $3,600 from her account. On or about January 24, 2020, Sims attempted to withdraw $3,700 from her account but was denied.

11.     On or about January 23, 2020, Postal Inspectors observed **McCorvey** leave a visit with his

3

U.S. Probation Officer and get picked up in the **Kia**, which displayed Ohio License plate HWV5142. The license plate returns to a 2013 Kia Soul with VIN: KNDJT2A52D7580849.

12.     On or about March 3, 2020, Whitehall Police Detectives lawfully placed a GPS unit on a vehicle which law enforcement officers observed **McCorvey** driving. The vehicle is a black, 2012 Dodge Charger SE displaying Ohio license plate HYB1378, and with VIN: 2C3CDXBG8CH286690 (hereinafter Dodge).

13.     On or about March 3-4, 2020, GPS information revealed the Dodge had stopped nine times at, or in an adjacent parking lot of, various financial institutions or ATM locations throughout metropolitan Columbus, OH and metropolitan Toledo, OH. GPS information revealed the Dodge returned to 369 Miller Avenue, Columbus, OH 43205.

14.     On or about March 3, 2020, McCorvey was seen on bank security video driving the Dodge and parking at J.P. Morgan Chase Bank 3100 W. Broad Street, Columbus, OH 43204. McCorvey enters the bank and deposits three checks into the account of Kristan Vinson. The checks were reported stolen from the U.S. Mail on or about March 2, 2020.

15.     On or about March 6-9, 2020, GPS information revealed the Dodge parked at 1675 Bostwick Road, Columbus, OH 43227. During this time period, the Instagram account "1corkmoney" which appears to belong to McCorvey posted a photo of a Chase Bank in Chicago, IL and a video from inside Trump International Hotel and Tower. Also during this time period, Chicago International Airport and "Chicago" was also "Pinned" in an Instagram story from the account.

16.     On or about April 29, 2020, the Twitter account "1CorkMoney," which appears to belong to McCorvey had a tweet stating, "CHASE BANK $2000...USAA $10,000...TAP IN WHILE ITS LIT." Affiant is familiar with McCorvey's physical appearance and social media postings and McCorvey's nickname of "Cork."

17.     On or about May 5, 2020, the Instagram account "1corkmoney" which appears to belong to McCorvey posted a video "story" at a PNC bank ATM which displayed a receipt and fanning a large amount of cash. The story also stated "Tap in @laflare1017 lma #FedBaby Too #FuckTheBOP."

18.     While conducting surveillance on multiple occasions, Postal Inspectors have observed the **Kia** and the Dodge located near 369 Miller Avenue, Columbus, OH 43205.

19.     On or about May 5, 2020, the Instagram account "1corkmoney" which appears to belong to **McCorvey** posted a video "story" at a PNC bank ATM. The video showed McCorvey display an

4

apparent bank receipt. McCorvey and fanned himself with a large amount of cash. The story also stated "Tap in @laflare1017 lma #FedBaby Too #FuckTheBOP." Upon review of the video, Affiant determined that the video of McCorvey was filmed inside the Dodge.

20.     The U.S. Probation Department has verified 369 Miller Avenue Apartment C, Columbus, OH 43205 as **McCorvey's** residence.

21.     As recently as May 11, 2020, law enforcement officers observed the Kia parked near 369 Miller Avenue Apartment C, Columbus, OH 43205.

22.     **McCorvey** is currently on supervised release for Federal bank fraud and conspiracy to commit bank fraud charges. For the previous charges, **McCorvey** and several other suspects secreted checks which were stolen from the U.S. Mail in multiple locations. **McCorvey** and co-conspirators also used U.S. Postal Service keys to steal the checks from the U.S. Mail. During the course of the current investigation, it appears that U.S. Postal Service keys are being used to commit the thefts.

### Conclusion

23.     Based on the information contained herein, I maintain that there is probable cause to believe that there is evidence, fruits, and/or instrumentalities of offenses in violation of Title 18, United States Code, Sections 1344(2), 1349, and 1708, in the 2013 Kia Soul with VIN: KNDJT2A52D7580849 and Ohio license plate HWV5142 which **Jordan LeVert McCorvey** has been seen driving and retains custody and control.

24.     A description of the premises to be searched can be found in Attachment A. A description of the items to be searched and seized can be found in Attachment B.

25.     Accordingly, I respectfully request that the Court issue the following:

> (a) A Search Warrant for 2013 Kia Soul with VIN: KNDJT2A52D7580849 and Ohio license plate HWV5142.
> (b) Authority to execute the Search Warrant at any time of day that law enforcement deems necessary.
> (c) An Order sealing the Application, Affidavit, and Search Warrant until further Order of this Court.

Timothy D. McCall

5

U.S. Postal Inspector

Sworn to before me, and subscribed in my presence, on this 19th day of May 2020, at Columbus, Ohio.

_____

The Honorable Chelsey Vascura
United States Magistrate Judge

6

## ATTACHMENT A

### Premises to be Searched

The vehicle to be searched is a cream in color, 2013 Kia Soul with VIN: KNDJT2A52D7580849 and Ohio license plate HWV5142. The vehicle is normally located at 369 Miller Avenue Apartment C, Columbus, OH 43205.



7

## **ATTACHMENT B**

### **Items to be Seized**

1. All bank cards, credit cards, debit cards that could be used to withdraw funds from a bank account or electronic fund.

2. Receipts, documents, or paperwork detailing bank transactions,

3. All United States Postal Service Property – i.e., mail transportation equipment, Arrow Keys (utilized to open a bank of mailboxes or collection box), and facility keys.

4. All U.S. Mail or letters, papers, negotiable instruments, and other documents commonly sent via U.S. Mail.

5. Letters, papers, ledgers, documents, notes, and electronic devices such as cellular telephones, that may contain information used to access bank accounts such as Personal Identification Numbers (PIN), bank locations, and account holder information including names and account and routing numbers.

6. U.S. Currency suspected to be proceeds from fraudulent bank transactions.

7. Clothing suspected as being used to conceal ones identity during fraudulent bank transactions.

8. Books, records, notes, ledgers, and other papers relating to the creation, transportation, purchase, distribution, packaging, and sale of stolen or counterfeit negotiable instruments and or counterfeit currency , which may be maintained in either paper form or on computers, computer disks, CD-ROM disks, DVD disks, portable storage devices, or other related equipment.

9. Books, records, receipts, notes, ledgers, airline tickets, money orders, and other records related to the receipt, expenditure and concealment or other disposition of income, which may be maintained in either paper form or on computers, computer disks, CD-ROM disks, DVD disks, portable storage devices, or other related equipment, relating to the distribution of counterfeit negotiable instruments and or counterfeit currency; printers or any devices used for the reproduction of counterfeit negotiable instruments and counterfeit currency.

8

10. Books, papers, and documents and information contained within cellular telephones and electronic organizers reflecting names, addresses, telephone numbers, and other contact or identification information of participants in the counterfeiting of negotiable instruments and or counterfeiting currency activities.

11. Pagers, cellular telephones, electronic organizers, caller identification devices, answering machine devices, and other communication devices.

12. Any safes, vaults, or secured storage equipment that could secret any of the above listed items, and the contents therein.

13. Controlled substances and drug paraphernalia, including chemical dilutents, firearms and other weapons, ammunition, weighing scales, mixing bowls, glassine bags, spoons, and other items utilized in the weighing and packaging of illegal controlled substances.

All of which constitute fruits, evidence and/or instrumentalities of violations of Title 18, United States Code, Sections 1344(2), 1349, and 1708.

9